# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

JOE LEA
#189917                                                    PLAINTIFF

v.                        No. 4:26-cv-517-DPM

MIKE KNADOL, Sheriff, Dallas County;
KATHREN SHULER, Jail Admin., Dallas
County; and STAN MCGEE, Prior Dallas
County Sheriff                                            DEFENDANTS

## ORDER

Unopposed recommendation, *Doc. 5*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Lea's amended complaint will be dismissed without prejudice for failure to state a claim. Strike recommended. 28 U.S.C. § 1915(g). Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 July 2026