IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOE LEA
#189917                                                        PLAINTIFF

v.                          No. 4:26-cv-517-DPM

MIKE KNADOL, Sheriff, Dallas County;
KATHREN SHULER, Jail Admin., Dallas
County;  and STAN MCGEE, Prior Dallas
County Sheriff                                               DEFENDANTS

JUDGMENT

Lea's amended complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

_____13 July 2026_____